## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| CASSIDY ROBERTS, as Wrongful Death Beneficiary of RODNEY ROYCE ROBERTS, Deceased; RHODES ROBERTS, as Wrongful Death Beneficiary of RODNEY ROYCE ROBERTS, Deceased; BRAD CORNELISON; and MCNEIL STANFORD | PLAINTIFFS |
| v.      No. 3:10CV00092 JLH | |
| PHILIP JAMES, Individually and d/b/a Greenheads and Labs, a proprietorship, d/b/a Greenheads and Labs; KURT JAMES, Individually and d/b/a Greenheads and Labs II, a proprietorship, d/b/a Greenheads and Labs II; and WALTER SULLIVAN, Individually and d/b/a Greenheads and Labs II, d/b/a Greenheads and Labs II | DEFENDANTS |

### ORDER

The motion for leave to appear *pro hac vice* filed by William O. Rutledge, III, and the law firm of Rutledge, Davis & Harris, PLLC, is GRANTED. Document #4. William O. Rutledge, III, is hereby admitted to appear before this Court as co-counsel for plaintiffs in this action.

IT IS SO ORDERED this 30th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE